725 A.2d 1197

## COATESVILLE SCRAP IRON & METAL COMPANY, INC., Petitioner,

v.

## E.B. AUTO WRECKING, INC. d/b/a E.B. Corp., Inc., and Ernest Barkman, Individually and d/b/a E.B. Sales, Respondents.

Supreme Court of Pennsylvania.

Feb. 25, 1999.

Steven L. Smith, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of February 1999, the Petitions for Allowance of Appeal are granted for review of the following issue: Whether delay damages under Pa.R.Civ.P. 238 are limited to tort actions.